FILED
2010 Apr-30  AM 11:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAXINE FURS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:09-CV-1524-RDP |
| | ) |
| AUTO-OWNERS INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Auto-Owners Insurance Company ("Auto-Owners"), by and through its attorneys of record, and submits this Motion for Summary Judgment.

As grounds for this motion, Auto-Owners states as follows:

1. There is no genuine issue as to any material fact; and

2. Auto-Owners is entitled to judgment as a matter of law.

This Motion for Summary Judgment is supported by the following evidentiary submissions:

1. All pleadings filed to date;

1

2. All previous Orders entered by the Court in this case;

3. Memorandum of Law in Support of Motion for Summary Judgment, (filed contemporaneously herewith);

4. Statement of Undisputed Facts in Support of Motion for Summary Judgment, (filed contemporaneously herewith).

5. Declarations page from Auto-Owners policy 0746173832308607.

6. Auto-Owners policy 0746173832308607.

s/Daniel R. Klasing
Daniel R. Klasing (ASB-2630-G66D)
Attorney for Defendant


s/Warren Burke, Jr.
Warren "Bo" Burke, Jr. (ASB-4684-B65W)
Attorney for Defendant

OF COUNSEL:
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, AL 35244
(205)980-4733    Phone
(205)980-4737    Fax
**danklasing@bellsouth.net**
**burkejr7@aol.com**

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on this the 30th day of April, 2010, via

CM/ECF, which will cause a copy of same to be served upon the following:

Hubert G. Taylor
Leitman, Siegal and Payne, P.C.
Land Title Building, Suite 400
600 North 20th Street
Birmingham, AL 35203-2601

s/Daniel R. Klasing
OF COUNSEL