UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAXINE FURS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:09-CV-1524-RDP |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES now the Defendant, Auto-Owners Insurance Company ("Auto-Owners"), and submits the following as undisputed facts in support of its Motion for Summary Judgment:

1. Maxine Furs conducts business from a suite located at 3321 Lorna Road, in Birmingham, Alabama. (**Exhibit A** - Declarations page from Auto-Owners policy number 0746173832308607).

2. Maxine Furs obtained an insurance policy from Auto-Owners, said policy was assigned policy number 0746173832308607 and covered a period ranging from July 18, 2007 to July 18, 2008 (hereinafter "the subject policy"). (**Exhibit B** - Plaintiff's

1

Complaint).

3. A restaurant operates out of the suite adjacent to that suite from which Maxine Furs does business. (Exhibit B - Plaintiff's Complaint).

4. Maxine Furs made a claim to Auto-Owners on the subject policy, stating therein that the restaurant next door had caused a curry smell to attach to furs held by Maxine Furs on its business premises. (Exhibit B - Plaintiff's Complaint).

5. The subject policy contains the following coverage exclusion:

> "*B. EXCLUSIONS*
>
> > *1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.*
> >
> > > *l. Discharge, dispersal, seepage, migration, release or escape of 'pollutants' unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the 'specified causes of loss'."*
>
> **(Exhibit C** - Auto-Owners policy 0746173832308607)

**6.** The subject policy contains the following definition:

> *"H. DEFINITIONS*
>
> > *1. 'Pollutant' means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed."*

(Exhibit C - Auto-Owners policy number 0746173832308607)

                                s/Daniel R. Klasing
                                Daniel R. Klasing (ASB-2630-G66D)
                                Attorney for Defendant


                                s/Warren Burke, Jr.
                                Warren "Bo" Burke, Jr. (ASB-4684-B65W)
                                Attorney for Defendant

OF COUNSEL:
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, AL 35244
(205)980-4733     Phone
(205)980-4737     Fax
**danklasing@bellsouth.net**
**burkejr7@aol.com**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on this the 30th day of April, 2010, via CM/ECF, which will cause a copy of same to be served upon the following:

Hubert G. Taylor
Leitman, Siegal and Payne, P.C.
Land Title Building, Suite 400
600 North 20th Street
Birmingham, AL 35203-2601

s/Daniel R. Klasing<br>OF COUNSEL